UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-3989 JFW (MRWx) | Date | January 4, 2016 |
|---|---|---|---|
| Title | Long v. Wegner-Cahill | | |

Present: The Honorable   Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

    Plaintiff filed a discovery motion that is not in the joint format mandated under the Local Rules. (Docket # 46.) The motion is accompanied by a statement that indicates that Defendants did not sign or authorize the filing of a joint submission in accordance with this Court's Local Rule 37-1. (Docket # 46 at 9-10.)

    A party's failure to file a required document within a deadline set by local rule or to cooperate in the submission of a joint discovery motion "may be deemed consent to the granting [ ] of the motion." Local Rule 7-12. Therefore, Defendants are ORDERED TO SHOW CAUSE for the failure to comply with the joint filing process <u>and</u> to submit a substantive response to the discovery motion by <u>January 11, at 3:00 p.m.</u> If the Court does not receive any submission, the motion will be granted as unopposed under local rule without further proceedings.